**Opinion issued November 19, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00238-CV**

———————————

**SUZANNE MARTINEZ GARNER, Appellant**

**V.**

**MARIA EUGENIA SAINZ Y RUANOVA, Appellee**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 522,495**

---

## MEMORANDUM OPINION

Appellant, Suzanne Martinez Garner, has filed a Motion to Dismiss Appeal,

asserting that she and appellee, Maria Eugenia Sainz y Ruanova, have "entered into

an agreement pursuant to Texas Rule of Civil Procedure 11 in which [Garner] agreed to dismiss this appeal." *See* TEX. R. CIV. P. 11.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Garner requests that this Court tax costs "against the party incurring same." The motion to dismiss contains a certificate of conference stating that "counsel for [Sainz y Ruanova] agrees to this motion and the relief sought."

Accordingly, the Court grants Garner's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk of this Court to tax costs against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.